UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **JOHN M. MURPHY**, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 3:16cv-00654 |
| **ST. FRANCIS HOME, INC.**,<br>d/b/a **SAINT FRANCIS HOME**, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

# **PLAINTIFF'S RULE 41(a)(2) MOTION FOR VOLUNTARY DISMISSAL**

Plaintiff John M. Murphy, by counsel, respectfully moves the Court for entry of an Order dismissing the current action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiff filed his original Complaint on August 8, 2016. The Defendant St. Francis Home, Inc. has not yet been served with process and has not made any appearance in this case. The parties have engaged in a cooperative process to attempt to resolve the disputes in this matter and those efforts were successful. The Plaintiff hereby advises the Court that all matters in controversy between the Plaintiff and Defendant have been fully and finally resolved.

THEREFORE, the Plaintiff seeks the entry of an Order dismissing this action with prejudice under Rule 41(a)(2) and otherwise removing this action from the Court's

docket. Plaintiff submits a draft Order consistent with this Motion for the Court's consideration.

        Respectfully Submitted,

        **JOHN M. MURPHY**

        By: _____/s/_____
            Of Counsel

H. Aubrey Ford, III (VSB No. 18691)
CANTOR STONEBURNER FORD
  GRANA & BUCKNER
7130 Glen Forest Drive, Suite 400
Richmond, VA 23226
Telephone: (804) 644-1400
Facsimile: (804) 644-9205
E-mail:  aford@virginiatrialfirm.com

Counsel for Plaintiff John M. Murphy